**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1402**

DOREEN SHING,

        Plaintiff - Appellant,

    v.

CENTER MEDICARE SERVICES; MD DEPT. OF HEALTH; MD DEVELOPMENTAL DISABILITIES ADM.; THE ARC OF CHESAPEAKE,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:23-cv-03415-BAH)

Submitted:  October 22, 2024                 Decided:  October 24, 2024

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Doreen Shing, Appellant Pro Se.  Michael Jackman Wilson, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland; Christopher A. Gozdor, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Stacey Torres, Donald James Walsh, RKW LAW GROUP, Owings Mills, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doreen Shing seeks to appeal the district court's order ruling on multiple motions, including Defendants' motions to dismiss Shing's complaint alleging constitutional and statutory violations relating to her receipt of benefits. The district court dismissed Shing's complaint without prejudice and granted Shing leave to file a proposed amended complaint.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Shing seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*